**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  06-cr-00192-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  WILLIAM C. ORR,

    Defendant.

--------------------------------------------------------------------------------------------------------------------

**ORDER**

--------------------------------------------------------------------------------------------------------------------

    This matter comes before the Court on the Government's Motion to Disclose Grand Jury Material to the defendant, pursuant to Fed.R.Crim.P.6(e)(3)(E)(i).

    HAVING REVIEWED the motion, the Court finds that good and sufficient cause supports the same,

    IT IS THEREFORE ORDERED that the Government's motion is GRANTED, and the transcripts of Grand Jury testimony of witnesses who may testify at trial and documents may be disclosed to the Defendant William C. Orr and his counsel.

    IT IS FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendant and his attorney; that the defendant's attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.                    BY THE COURT:

                                                                                                                 s/Lewis T. Babcock

Lewis T. Babcock, Chief Judge

Dated:  June 5, 2006