**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  06-cr-00192-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     WILLIAM ORR,

       Defendant.
_____

**ORDER**
_____

Upon Defendant's Unopposed Motion for an Order Allowing Defendant and His Counsel to Disclose a Grand Juror's Own Testimony to That Grand Juror (Doc 23 - filed December 13, 2006), it is

ORDERED that the Motion is GRANTED.  Defendant and his counsel, as part of their pre-trial preparation only, may "disseminate" grand jury materials on a limited basis, meaning revealing the transcript of a witness' own testimony and any relevant exhibits, to that particular witness.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED: December 14, 2006