IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 06-cr-00192-LTB

UNITED STATES OF AMERICA

    Plaintiff,

v.

WILLIAM ORR,

    Defendant.

_____

# ORDER
_____

As set forth on the record at the hearing held on September 13, 2007, IT IS HEREBY ORDERED as follows:

1. Defendant's Motion to Continue Trial [Doc # 54] is GRANTED;

2. A three and a half week jury trial is now set to commence on March 31, 2008 at 8:30 a.m.;

3. Status hearings shall be held on November 19, 2007 at 4:00 p.m. and on January 14, 2008 at 8:00 a.m.;

4. A preliminary trial preparation conference shall be held on February 8, 2008 at 2:00 p.m.; and

5. A final trial preparation conference shall be held on March 21, 2008 at 2:00 p.m.

Dated: September __13__, 2007 in Denver, Colorado.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE