IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 06-cr-00192-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM C. ORR,

    Defendant.

___

ORDER
___

For the reasons stated on the record during the November 19, 2007 status hearing, IT IS HEREBY ORDERED as follows:

1) Defendant shall disclose to the Government any expert testimony, including the expert's report and *curriculum vitae*, on or before **January 14, 2008**; and

2) The Government shall provide to the court preliminary list of its witnesses, its exhibits and its proposed jury instruction on or before **January 9, 2008.**

Dated: November __20__, 2007, in Denver, Colorado.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE