IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 06-cr-00192-LTB

UNITED STATES OF AMERICA

    Plaintiff,

v.

WILLIAM ORR,

    Defendant.

___

ORDER
___

As set forth on the record at the hearing held on January 14, 2008, IT IS HEREBY ORDERED as follows:

    1. Defendant's Motion for Disclosure of Evidence Favorable to the Accused [**Doc # 76**] is GRANTED, and the Government is ORDER to continue to comply with its ongoing obligation under *U.S. v. Brady*;

    2. Defendant's Motion to Compel [**Doc # 80**] is HELD IN ABEYANCE;

    3. Counsel is ORDERED to engage in an exhibit conference, before the preliminary trial preparation conference on February 8, 2008 at 2:00 p.m., with an eye towards stipulation to admissibility or, at the least, authenticity of the Government's preliminary exhibits. In preparation for that exhibit conference, the Government is ORDERED to provide the defense with a complete set of its preliminary exhibits;

4. It is ORDERED that the Government shall file a list with a summary of the expert technical testimony it intends to introduce at trial on or before 1:00 p.m. on February 7, 2008, pursuant to Fed. R. Evid. 702;

5. It is ORDERED that the Government shall file a list and summary of the expert opinion testimony it intends to introduce at trial, including the specific opinions to be offered by the experts, on or before 1:00 p.m. on February 7, 2008, pursuant to Fed. R. Evid. 702;

6. It is ORDERED that Defendant shall file his designation of experts, a summary of the expert opinion testimony it intends to introduce at trial, including the specific opinions to be offered by the experts, the expert reports, and copies of their *curriculum vitae,* on or before 1:00 p.m. on February 7, 2008, pursuant to Fed. R. Evid. 702;

7. It is ORDERED that Defendant shall file his preliminary witness list on or before 1:00 p.m. on February 7, 2008;

8. The preliminary trial preparation conference is scheduled to be held on February 8, 2008 at 2:00 p.m.; and

9. The final trial preparation conference is scheduled to be held on March 21, 2008 at 2:00 p.m.

Dated: January __15__, 2008 in Denver, Colorado.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                LEWIS T. BABCOCK, JUDGE