# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 06-cr-00192-LTB

UNITED STATES OF AMERICA

    Plaintiff,

v.

WILLIAM ORR,

    Defendant.

___

# ORDER
___

Based upon review of the case file, and for the reasons stated on the record at the February 27, 2008, hearing, IT IS HEREBY ORDERED as follows:

    1.    Defendant's Request for Extension of Time for Disclosure of Expert Reports from Defense Tax Experts [**Docket # 149**] is GRANTED through and including March 28, 2008;

    2.    Defendant's Motion to Continue Trial [**Docket # 150**] is DENIED;

    3.    Defendant's Request for Extensions of Time to Respond to Government Motions *in Limine* [**Docket # 151**] is GRANTED through and including March 24, 2008;

    4.    The March 14, 2008, hearing date on the Government's motions *in limine* is VACATED;

5. A hearing on the Government's motions *in limine* is set for **Tuesday, March 25, 2008, at 9:30 am** in Courtroom 401 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: February  27 , 2008.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge