**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 06-cr-00192-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     WILLIAM ORR,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendant's Unopposed Motion to Adjourn Trial at Noon on April 22, 2008, to Allow Defense Counsel to Appear in Colorado Court of Appeals (Doc 160 - filed March 3, 2008) is **GRANTED**.

Dated: March 3, 2008