IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 06-cr-00192-LTB

UNITED STATES OF AMERICA

    Plaintiff,

v.

WILLIAM ORR,

    Defendant.
_____

## ORDER
_____

As set forth on the record at the final trial preparation conference held on March 21, 2008, IT IS HEREBY ORDERED as follows:

1. Defendant' Motion to Compel [Doc # 80], which was previously held in abeyance, is DENIED AS MOOT;

2. Defendant's Motion for Sanctions Against the Government for Discovery Violations and Misconduct re: Deposition of Herbert Bruch [Doc # 165] is DENIED;

3. Defendant's Motion to Sever the Tax Case [Doc # 235] is DENIED;

4. Defendant's Motion to Extend Deadlines for Trial Preparation [Doc # 237] is GRANTED IN PART and DENIED IN PART as follows;

    a. Defendant shall file his exhibit list and proposed voir dire questions by 12:00 p.m. on March 26, 2008; and

    b. Defendant shall file his proposed jury instructions on or before April 4, 2008;

5. The Government's Motion for Judicial Notice [Doc # 241] is GRANTED;

6. The Government's Motion to Withdraw Objection to Deposition Question [Doc # 242] is GRANTED;

7. The Government shall file a revised exhibit list reflecting all stipulations on or before March 24, 2008; and

8. The Government shall file a written proffer under *Daubert* and Rule 702 regarding the testimony of Peter Sherpka on or before March 26, 2008.


Dated: March   21  , 2008 in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE