IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 06-cr-00192-LTB

UNITED STATES OF AMERICA

    Plaintiff,

v.

WILLIAM ORR,

    Defendant.

___

## ORDER
___

As further set forth on the record at the hearing held on April 22, 2008, IT IS HEREBY ORDERED as follows:

1. The Government's Motion *in Limine* to Exclude Proposed Testimony of Terrence Higgins [Doc #140] is GRANTED IN PART and DENIED IN PART; and

2. The Government's Motion *in Limine* to Exclude Proposed Testimony of Donald Stedman [Doc #145] is DENIED.

Dated: April   22  , 2008 in Denver, Colorado.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE