IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 06-cr-00192-LTB

UNITED STATES OF AMERICA

    Plaintiff,

v.

WILLIAM ORR,

    Defendant.

___

# ORDER
___

As further set forth on the record at the hearing held on April 23, 2008, IT IS HEREBY ORDERED as follows:

1. The Government's Motion *in Limine* to Exclude Proposed Testimony of Frank Cox [Doc #146] is GRANTED IN PART; DENIED IN PART; and HELD IN ABEYANCE IN PART; and

2. The Government's Motion *in Limine* to Exclude Proposed Testimony of Richard Schlosberg [Doc #143] is GRANTED.

Dated: April __24__, 2008 in Denver, Colorado.

                                                   BY THE COURT:

                                                  s/Lewis T. Babcock
                                                  LEWIS T. BABCOCK, JUDGE