IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: April 30, 2008 |
| Court Reporter: Gwen Daniel | |

_____

| | |
|---|---|
| Criminal Case No. 06-cr-00192-LTB | Counsel: |
| UNITED STATES OF AMERICA, | Patricia Davies |
| | Thomas O'Rourke |
| Plaintiff, | |
| v. | |
| 1. WILLIAM ORR, | Paul Grant |
| Defendant. | |

_____

COURTROOM MINUTES
_____

Trial to Jury - Day Nineteen

08:40 a.m.   Court in Session

**DEFENDANT'S TENTH WITNESS WILLIAM R. SUHRE**
08:40 Direct continued (by Mr. Grant)

10:16 Court in Recess
10:30 Court in Session

**DEFENDANT'S TENTH WITNESS WILLIAM R. SUHRE**
10:31 Direct continued (by Mr. Grant)

> Exhibits identified, offered and received, objection overruled: B28
>
> Exhibits identified, offered and received, objection overruled: B33

11:12  Cross (by Mr. O'Rourke)

12:00  Court in Recess
01:00  Court in Session - jury not present

Court's comments

The Court address two pending motions

*1) Defendant's Request to Take Judicial Notice of Equitable Ownership (Doc No. 394) Re Patent Rights:*

Argument (by Mr. Grant)

**ORDERED:  To the extent the motion, Defendant's Request to Take Judicial Notice of Equitable Ownership (Doc No. 394) Re Patent Rights (Doc No. 394), is a motion to take judicial notice, it is DENIED.**

The Court reserves and will consider an appropriate Instruction to be included with all of the Instructions.

*2) Defendant's Motion to Reconsider Order Excluding Proposed Testimony of Richard Schlosberg (Doc No. 393):*

Argument (by Mr. Grant)

Response Argument (by Mr. O'Rourke)

Reply Argument (by Mr. Grant)

**ORDERED:  Defendant's Motion to Reconsider Order Excluding Proposed Testimony of Richard Schlosberg (Doc No. 393) is DENIED.**

Mr. Grant requests recessing at noon tomorrow.

Court's comments

Mr. Grant's further comments

Court's further comments

The trial will recess at 2:00 tomorrow.

01:20  Court in Recess

01:30  Court in Session - jury present

**DEFENDANT'S TENTH WITNESS WILLIAM R. SUHRE**
01:30  Cross continued (by Mr. O'Rourke)

02:02  Redirect (by Mr. Grant)

**DEFENDANT'S ELEVENTH WITNESS MARGO OGE**
02:24  Direct (by Mr. Grant)


02:52  Court in Recess
03:12  Court in Session

**DEFENDANT'S ELEVENTH WITNESS MARGO OGE**
3:12 Direct continued (by Mr. Grant)

> Exhibits identified, offered and received, objection overruled: B47
>
> Exhibits identified, offered and received: B48, A77

03:45  Cross (by Mr. O'Rourke)

03:57  Redirect

04:05  Recross

**DEFENDANT'S TWELFTH WITNESS JOSE SOLAR**
04:09 Direct (by Mr. Grant)

Defense offers Exhibit No. B45

04:15  Voir dire (by Ms. Davies)

> Exhibit identified, offered and rejected, objection sustained: B45

04:23  Court in Recess - jury excused until 8:30 tomorrow.
04:30  Court in Session  - Rule 104 *Daubert* and 702 hearing

**DEFENDANT'S WITNESS ROBERT GATHERS**
04:30  Direct (by Mr. Grant)

3

04:55  Cross (by Mr. O'Rourke)

05:03  Redirect

05:04  Argument (by Mr. O'Rourke)

05:06  Response Argument (by Mr. Grant)

05:09  Reply Argument (by Mr. O'Rourke)

**ORDERED:   Government's Motion in Limine to Exclude Proposed Testimony of Robert Gathers (Doc No. 141) is GRANTED.**

05:17 p.m.   Court in Recess
             Trial continued
             Time: 6/46