IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 06-cr-00192-LTB

UNITED STATES OF AMERICA

      Plaintiff,

v.

WILLIAM ORR,

      Defendant.

___

ORDER
___

As further set forth on the record on April 30, 2008, IT IS HEREBY ORDERED as follows:

1. Defendant's Motion to Reconsider Order Excluding Proposed Testimony of Richard Schlosberg [Doc # 393] is DENIED;

2. Defendant's Request to Take Judicial Notice of Equitable Ownership re: Patent Rights [Doc # 394] is DENIED but the Court will consider tendering an appropriate instruction on this issue to the jury with all other instructions; and

3. The Government's Motion *In Limine* to Exclude Proposed Testimony of Robert Gathers [Doc # 141] is GRANTED.

Dated: May   1  , 2008 in Denver, Colorado.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          LEWIS T. BABCOCK, JUDGE