IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Lewis T. Babcock

Criminal Action No. 06-cr-00192-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM ORR,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 19th day of May, 2008.

BY THE COURT:

_____
Lewis T. Babcock, Judge

_____      _____
Counsel for Plaintiff                                   Counsel for Defendant