**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 06-cr-00192-LTB**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**WILLIAM C. ORR,**

    **Defendant.**

---

**ORDER**

---

The Court, having considered the Government's Motion to Preclude Testimony of Witnesses, hereby orders that the defendant William C. Orr shall not present at the sentencing hearing of this case the testimony of any witnesses other than those whose names he provided to the government on or before 5:00 p.m. on April 24, 2009.

Dated at Denver, Colorado this  14th  day of   May  , 2009.

                                  BY THE COURT:

                                    s/Lewis T. Babcock  
                                  Lewis T. Babcock  
                                  United States District Judge