**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

Criminal Action No.  06-cr-00192-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. WILLIAM ORR,

Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS**

---

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain

custody of their respective exhibits from the sentencing hearing until such time as all

need for the exhibits has terminated and the time to appeal has expired or all appellate

proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this _27th_ day of May 2009.

BY THE COURT:

_____
Lewis T. Babcock, Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant
Counsel