**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 06-cr-00192-LTB

UNITED STATES OF AMERICA

    Plaintiff,

v.

WILLIAM ORR,

    Defendant.

_____

**ORDER**
_____

    Having denied Defendant's Motions for New Trial Based on Newly Discovered Evidence (Docs 588 and 599) by Order entered July 20, 2009 (Doc 635) and

    Having denied Defendant's Motion for Bond During Pendency of Appeal (Doc 613) by Order entered July 27, 2009 (Doc 638), it is

    ORDERED that the stay of entry of judgment entered June 1, 2009 (Doc 610) is VACATED AND JUDGMENT SHALL ENTER FORTHWITH.

    BY THE COURT:

      s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: July 27, 2009