IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00192-LTB-1
Civil Action No.14-cv-00428-LTB

UNITED STATES OF AMERICA,

v.

WILLIAM C. ORR,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before **March 20, 2014**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED at Denver, Colorado, this 20th day of February, 2014.

BY THE COURT:

    s/ Lewis T. Babcock
    Lewis T. Babcock, Senior Judge
    United States District Court