IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 06-cr-00192-LTB
Civil Case No. 14-cv-00428-LTB

UNITED STATES OF AMERICA,

        Plaintiff-Respondent,

v.

WILLIAM ORR,

        Defendant-Movant.

---

## ORDER

---

THIS MATTER comes before the Court on Defendant's pro se Motion for Reconsideration of the Court's June 4, 2014 Order and Request for an Additional Extension of Time to File a Reply to United States' Answer to Defendant's Motion Under 28 U.S.C. § 2255 (Doc 777 - filed July 7, 2014).

The Court finds the following:

1. Defendant's Motion to Vacate was filed February 18, 2014 (Doc 767).

2. Government's Response was filed March 20, 2014 (Doc 770).

3. Defendant filed a Motion to File a Reply on March 31, 2014 (Doc 771) which was granted and the reply was due May 4, 2014.

4. Defendant filed a Motion for Extension to File a Reply on May 1, 2014 (Doc 773) which was granted and the reply was due June 5, 2014.

5. Defendant filed a Motion for Additional Extension of Time on June 3, 2014 (Doc 775) which was granted to July 8, 2014 with an indication that no further extensions would be allowed.

Movant now seeks a further extension to file a reply until October 8, 2014 citing again medical reasons as further indicated by the attached Doctor's letter. That letter causes doubt that Defendant's mental and physical condition will be any better by October 8, 2014. The Court has his Petition and the Government's Response which in the exercise of my discretion I find adequate for consideration of the Petition. Accordingly Defendant's Motion will be DENIED.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE

DATED: July 9, 2014