IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 06-cr-00192-LTB
Civil Case No. 14-cv-00428-LTB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

WILLIAM ORR,

    Defendant-Movant.

_____

ORDER
_____

THIS MATTER comes before the Court on Defendant's pro se Motion for Reconsideration of the Court's June 9, 2014 Order and Request for an Additional Extension of Time to File a Reply to United States' Answer to Defendant's Motion Under 28 U.S.C. § 2255 (Doc 780 - filed July 21, 2014) and Defendant's pro se Motion for Leave to File Defendant's Out of Time Out of Time Draft Reply to Government's Answer to Defendant's Motion Under 28 U.S.C. § 2255 (Doc 779 - filed July 21, 2014).

Defendant's Motion for Reconsideration (Doc 780) is GRANTED and Defendant's Motion to Leave to File Draft Reply (Doc 779) is GRANTED. The Draft Reply attached to the Motion is ACCEPTED FOR FILING AS THE FINAL REPLY from Defendant. No further filings will be allowed.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE

DATED: July 23, 2014