**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 06-cr-00192-LTB
Civil Case No. 14-cv-00428-LTB

UNITED STATES OF AMERICA,

Plaintiff/Respondent,

v.

WILLIAM C. ORR,

Defendant/Movant.

_____

**FINAL JUDGMENT**
_____

In accordance with the orders filed during the pendency of this case, and pursuant

to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [#792] of Senior Judge Lewis T. Babcock entered on

November 25, 2014 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. §

2255 [#767] filed 2/18/14, is denied.

Dated at Denver, Colorado this 25th day of November, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  D. Kalsow
_____

Deputy Clerk