IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 06-cr-00192-LTB
Civil Action No. 14-cv-00428-LTB

UNITED STATES OF AMERICA

   Plaintiff,

v.

1. WILLIAM ORR,

   Defendant.

_____

MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

   Defendant-Movant's Motion for Reconsideration of the Court's February 25, 2015 Order and Request for an Additional Two Weeks to Complete Petitioners Intended Rule 59 Motion and Appendix (Doc 805 - filed March 24, 2015) is **DENIED**.

DATED:   March 25, 2015
_____