IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00428-LTB
Criminal Action No. 06-cr-00192-LTB-1

UNITED STATES OF AMERICA,

 Plaintiff/Respondent,

v.

WILLIAM C. ORR,

 Movant/Defendant.

---

## FINAL JUDGMENT

---

 PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on May 13, 2015, incorporated herein by reference, it is

 ORDERED that the Notice of Errata Re Rule 59, 62 Motion, and Motion for Leave to Submit Corrected Motion is DENIED. It is

 FURTHER ORDERED that the Verified Rule 59, 62 Motion for New Trial or to Alter or Amend the Judgment Re: the Denial of Petitioner William Orr's 28 U.S.C. § 2255 Motion/and Amendment to Orr's 28 U.S.C. § 2255 Motion is DENIED. It is

 FURTHER ORDERED that no certificate of appealability is required regarding the alleged judicial bias at trial because this claim is found to be successive. It is

 FURTHER ORDERED that no certificate of appealability regarding the alleged judicial bias during the 28 U.S.C. § 2255 proceeding will issue because Movant has not made a substantial showing of the denial of a constitutional right or a substantial showing that jurists of reason would find it debatable whether the procedural ruling is

2

correct and whether the underlying claim has constitutional merit.

DATED at Denver, Colorado this  13th  day of May, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/E. Buchanan
E. Buchanan, Deputy Clerk

2